Filed 5/23/2018 10:41 AM
Jill Harrington
District Clerk
Bowie County, Texas
Letitia Thompson, Deputy

CAUSE NO. 17F0621-202

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 202ND |
| | § | |
| V. | § | JUDICIAL DISTRICT COURT |
| | § | |
| ERIC LAMONT TURNER | § | BOWIE COUNTY, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
5/23/2018 4:18:9 PM
DEBBIE AUTREY
Clerk

## DEFENDANT'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ERIC LAMONT TURNER, Defendant in the above-styled and numbered criminal action, and files this Notice of Appeal. In support thereof, the Defendant will show the Court the following.

I.

On March 1, 2018, after a jury trial, the Defendant was found guilty of aggravated robbery and sentenced to 30 years confinement in the Texas Department of Criminal Justice, Correctional Institutions Division. The Defendant filed a motion for new trial on March 26, 2018, which was denied by operation of law 75 days later.

II.

Defendant hereby gives written notice of appeal to the Sixth Court of Appeals District, Texarkana, Texas, thus giving notice of his intent to appeal the judgment and sentence of this Court imposed in open court on March 1, 2018.

Dated this the 23rd day of May, 2018.

Respectfully submitted,


*Gena Bunn*
_____
GENA BUNN
Texas Bar No. 00790323

Gena Bunn, PLLC
P.O. Box 6150
Longview, Texas 75608
gbunn@genabunnlaw.com
(903) 804-4003


ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been delivered by United States Mail to the Bowie County District Attorney's Office, Bowie County Plaza, 601 Main Street, Texarkana, Texas 75501, on this the 23rd day of May, 2018. The document has also been served electronically through the electronic file manager pursuant to Rule 9.5 of the Texas Rules of Appellate Procedure.

*Gena Bunn*

_____

GENA BUNN